# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1109

_____

Demetrius White,                           *

                                     *

              Appellant,         *     Appeal from the United States

                                       *     District Court for the Western

      v.                              *     District of Missouri.

                                       *

Maytag Corporation,              *         [UNPUBLISHED]

                                       *

              Appellee.          *

_____

Submitted:  February 14, 2001

Filed:   February 23, 2001

_____

Before McMILLIAN, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

Demetrius White appeals the district court's order compelling him to accept a settlement in his employment discrimination lawsuit against Maytag Corporation, and dismissing the case. Having reviewed the record of the evidentiary hearing, we conclude the district court's finding that White authorized his attorney to enter into the settlement agreement at issue is not clearly erroneous. See Mueller v. Guardian Life Ins. Co., 143 F.3d 414, 416 (8th Cir. 1998) (district court finding plaintiff had given his attorney express authority to settle case not clearly erroneous in light of district court's credibility determinations, evidence supporting its findings, and reasonable inferences

drawn from evidence); <u>Turner v. Burlington N. R.R. Co.</u>, 771 F.2d 341, 345-46 (8th Cir. 1985) (once attorney enters into settlement agreement, client seeking to disavow agreement has the burden of proving the attorney lacked authority to make the agreement).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.